**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE CHAVEZ HUERTA, )<br>)<br>Defendants. ) | Case No. EDCV 10-01449 VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant Jose Chavez Huerta's Motion for Relief Under 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 22, 2011

                                          VIRGINIA A. PHILLIPS
                                    United States District Judge